IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KING, | : | |
| Petitioner | : | Civil No. 3:16-CV-0953 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | (Magistrate Judge Mehachick) |
| WARDEN DAVID EBBERT, | : | |
| Respondent | : | |

## ORDER

**NOW, THIS 20TH DAY OF DECEMBER, 2016,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's objections, (Doc. 7), to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, (Doc. 6), is **ADOPTED**;

3. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this matter.

/s/ William J. Nealon
**United States District Judge**

FILED SCRANTON
DEC 21 2016
PER _____ DEPUTY CLERK